MARIAN G. GREENFIELD, Respondent, v. JACOB ROBERT MANHEIMER, Appellant.— Order affirmed, with ten dollars costs and disbursements; amended complaint and bill of particulars to be served, and other terms of the order followed, as stated in order. No opinion. Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

JOSEPH J. MARGOLIN, Respondent, v. MORRIS WIENER, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present—
Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

WARNER F. RUSSELL, Appellant, v. ELEANOR B. RUSSELL, Respondent.—
Order modified by reducing alimony to $210 per month, and reducing counsel fee to $500, and as so modified affirmed, without costs. No opinion. Present—
Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

In the Matter of WILLIAM S. HALLIBURTON, an Incompetent.— Order affirmed, without costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.; Smith, J., dissenting.

MARGARET E. WILSON, Respondent, v. JOHN R. WILSON, Appellant.— Order modified by reducing alimony to fifty dollars a week, and as so modified affirmed, without costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

FRANCIS L. KOHLMAN and Others, as Receivers of ADMIRABLE SHIRT CO., INC., Respondents, v. INSURANCE COMPANY OF NORTH AMERICA, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present —
Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

In the Matter of the Application of BENJAMIN RUBIN, Appellant, to Remove from the City Court of the City of New York Two Actions Brought Therein by ABRAHAM SAFIR, Respondent, against Said BENJAMIN RUBIN and Others to the Supreme Court of the State of New York and Changing the Place of Trial of Said Actions to the Supreme Court of Sullivan County.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

LESTER HOFHEIMER, Respondent, v. MINIATURE INCANDESCENT LAMP CORPORATION, Appellant.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

BLUE RIDGE COAL CORPORATION, Respondent, v. GEORGE L. LEWIS, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

MICHAEL PATTI, Appellant, v. PATRICK McGOVERN, INC., Respondent.—
Order affirmed, with ten dollars costs and disbursements. Answer to be served within ten days from date. No opinion. Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

JOSEPH M. GOTTESMAN, Respondent, v. H. SUSSMAN, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.; Finch and McAvoy, JJ., dissenting.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ORLANDO BALDI v. JOHN F. GILCHRIST, as License Commissioner, etc.— Motion to dismiss appeal denied. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.